IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40477
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODOLFO URESTI-GARZA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-278-3
- - - - - - - - - -
June 16, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Rodolfo Uresti-Garza appeals the sentence he received following his guilty plea conviction for conspiracy to possess more than 500 grams of cocaine with intent to distribute it. Uresti argues that the district erred in increasing his offense level for obstruction of justice. The increase was not erroneous. See United States v. Como, 53 F.3d 87, 90 (5th Cir. 1995).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Uresti also argues that the district erred in refusing to decrease his offense level for acceptance of responsibility. The

district court's refusal was not erroneous. See United States v. Calverley, 11 F.3d 505, 514 (5th Cir. 1993), reinstated in part on reh'g, 37 F.3d 160, 165 (5th Cir. 1994) (en banc). The judgment of the district court is

AFFIRMED.